

FILED & JUDGMENT ENTERED
Steven T. Salata

April 25 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:      Chapter 13

Augustus Montgomery      CASE NO: 15-30610
Michelle Lynn Davenport-Montgomery      Related Docket #: 118
SSN#: XXX-XX-1288
SSN#: XXX-XX-7174

**ORDER**

ON 04/24/2019, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

RICHARD M MITCHELL Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtors can resume payments May 2019.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$4,075.00** per month.

Case subject to dismissal without further notice upon payment default for **May 2019.**

Plan composition percentage is set at **1%**.

Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20190425105023:}